FILED - 03/26/2020 8:50 AM
2020-DCL-01089 / 41930958
ELVIRA S. ORTIZ
Cameron County District Clerk
By Rachel Partida Deputy Clerk

CAUSE NO. 2020-DCL-01089

| | | |
|---|---|---|
| **CASIMIRO GRACIANO** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **357th JUDICIAL DISTRICT** |
| | § | |
| **ALLSTATE FIRE AND CASUALTY** | § | |
| **INSURANCE COMPANY** | § | **CAMERON COUNTY, TEXAS** |

## DEFENDANT, ALLSTATE FIRE AND CASUALTY COMPANY'S ORIGINAL ANSWER AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**, Defendant in the above-styled and numbered cause, and files this, its Original Answer to Plaintiff's Original Petition and would show unto the court the following.

### I.

### SPECIAL EXCEPTIONS

Defendant specially excepts to Paragraphs 5. A Plaintiff's Original Petition where Plaintiff seeks declaratory judgment that as to liability and damages. Declaratory Judgments are not the appropriate cause of action to pursue claims for uninsured/underinsured motorist benefits. The nature and scope of uninsured motorist claims has been defined by the Texas Supreme Court in *Brainard v. Trinity Universal Ins Co*, 216 S.W.3d 809 (Tex.2006). The claim for declaratory judgment serves no purpose other than to confuse the issues before the court. The question of liability and the nature and extent of Plaintiff's injuries and damages are for the jury, not for a declaratory judgment. The Defendant therefore asks that Plaintiff replead and that the petition be amended to remove this "cause of action" and damage claim.

### II.

Defendant denies each and every, all and singular, the allegations contained in Plaintiff's Original Petition, and demands strict proof thereof as required by law.

### III.

Pleading further, should same be necessary, Defendant states that a bona fide dispute exists between the parties relating to the cause, nature and extent of Plaintiff's injuries.

### IV.

Defendant, **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY** is sued by the Plaintiff pursuant to an uninsured/underinsured motorist protection policy provision set forth in a Texas Automobile Policy. Defendant would show that Plaintiff's claims are subject to the conditions and exclusions contained therein. Otherwise, Defendant denies the allegations of Plaintiff, including the nature, extent, duration and causation of Plaintiff's claimed injuries and requires him to prove same as required by law by a preponderance of the evidence.

### V.

Pleading further, Defendant would show that there is no coverage under the personal automobile policy issued by Allstate Fire and Casualty Insurance Company for the accident alleged in this case while Plaintiff was driving an 18-wheeler in North Carolina.

### VI.

As to any legal damages which may be found by any trier of the fact related to the occurrence in question, Defendant pleads the limitations for contractual liability set forth in the Plaintiff's Texas Personal Automobile Policy and the certificate of coverage, attached hereto as *Exhibit A*.

### VII.

For further answer, Defendant would show that Plaintiff's injuries and/or damages, if any, are the result of pre-existing conditions or subsequent conditions, not proximately caused by the negligence of any party to this action.

## VIII.

Defendant, **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY** pleads the affirmative defense of offset or credit. Defendant, **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY** claims it is entitled to an offset or credit from the amount of damages found by the jury for an amount not less than the applicable liability limits and/or available liability coverage of any and all liability policies insuring any at fault party and/or any funds recovered from the Spirit receivership. Defendant further claims it is entitled to a credit or offset for benefits previously paid under any portion of any applicable insurance policy, including personal injury protection (PIP) benefits and/or medical payment benefits.

## IX.

Defendant, **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY** pleads that pursuant to §41.0105 of the Civil Practice and Remedies Code, Plaintiff's recovery of medical and healthcare expenses is limited to the amount actually paid by Plaintiff or incurred by or on behalf of Plaintiff.

## X.

Defendant further asserts that if coverage exists under Plaintiff's automobile policy, it is excess to any coverage provided to the vehicle Plaintiff was driving at the time of the collision made the basis of this lawsuit.

## XI.

Pursuant to Rule 93 of the Texas Rules of Civil Procedure, Defendant **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY** files this verified denial because Plaintiff has failed to comply with all conditions precedent to recover under the policy of insurance in question. Plaintiff has not established that he is legally entitled to recover damages from the owner or operator

of an uninsured/underinsured motor vehicle because of a bodily injury sustained by him, as required under applicable law.

## XII.

Defendant denies that Plaintiff is entitled to attorney's fees.

## XIII.

DEFENDANT hereby makes its written request for a jury trial in this cause pursuant to Rule 216 of the Texas Rules of Civil Procedure and deposits with the District Clerk of Cameron County, Texas, the requisite jury fee of Forty Dollars ($40.00).

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff's suit be dismissed at Plaintiff's cost, and for such other and further relief to which this Defendant may be entitled, either at law or in equity.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
10225 North 10th Street
McAllen, Texas  78504
(956) 393-6300
(956) 386-1625 (Fax)

By  /s/  *Rosemary Conrad-Sandoval*
ROSEMARY CONRAD-SANDOVAL
Texas State Bar No. 04709300

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing instrument has been forwarded via electronic mail, in accordance with the Texas Rules of Civil Procedure, to all counsel of record as follows:

Malorie Peacock
COWEN RODRIGUEZ PEACOCK
6243 IH-10 W, Ste. 801
San Antonio, Texas 78201

on this 26th day of March 2020.

*/s/  Rosemary Conrad-Sandoval*
ROSEMARY CONRAD-SANDOVAL

FILED - 3/26/2020 8:50 AM
2020-DCL-01089 / 41930958
ELVIRA S. ORTIZ
Cameron County District Clerk
By Rachel Partida Deputy Clerk

CAUSE NO. 2020-DCL-01089

| | | |
|---|---|---|
| **CASIMIRO GRACIANO** | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 357th JUDICIAL DISTRICT |
| | § | |
| **ALLSTATE FIRE AND CASUALTY** | § | |
| **INSURANCE COMPANY** | § | CAMERON COUNTY, TEXAS |

THE STATE OF TEXAS '

COUNTY OF _Dallas_____ '

### VERIFICATION

BEFORE ME, the undersigned authority, on this day personally appeared Ryan Gifford Robinson and after being duly sworn, deposes and says:

"My name is Ryan Gifford Robinson. I am a Claims Representative for Allstate Fire and Casualty Insurance Company. I am over the age of eighteen years. I am competent and authorized to testify to the facts set forth herein. I have read the foregoing Defendant, Allstate Fire and Casualty Insurance Company's Original Answer and the facts contained therein, which require verification, are true and correct."

_Ryan Gifford Robinson_
Ryan Gifford Robinson

SUBSCRIBED AND SWORN TO BEFORE ME by the said Ryan Gifford Robinson, affiant, to which witness my hand and seal of office on this the _25___ day of ___March___, 2020.

_Clair Barfield_
Notary Public, State of Texas

_Clair Barfield_
Printed Name of Notary

CLAIR BARFIELD
Notary ID #126254523
My Commission Expires
November 14, 2023

My Commission Expires:

11/14/2023

FILED 3/26/2020 8:50 AM
2020-DCL-01089 / 41930958
ELVIRA S. ORTIZ
Cameron County District Clerk
By Rachel Partida Deputy Clerk

# Renewal auto policy declarations

Your policy effective date is December 18, 2015





You're in good hands.

Page **1** of 3

## Total Premium for the Policy Period

Please review your insured vehicle and verify its VIN is correct.

**Vehicle covered**

2013 Ford Truck F150 4wd

Information as of November 3, 2015

## Summary

Named Insured(s)
**Edith Rodriguez and Casimiro G Alvizo**

Your policy provided by
**Allstate Fire and Casualty Insurance Company**
Policy period
Beginning **December 18, 2015** through **June 18, 2016** at 12:01 a.m. standard time
at the address of the named insured stated herein



TX310RBD

Renewal auto policy declarations
Policy number:            Policy effective
date:       December 18, 2015 Your Allstate
agency is    Edith Trevino
                         (956) 554-4961

Page **2** of 3

## Coverage detail for 2013 Ford Truck F150 4wd

Uninsured/Underinsured Motorists

 Bodily Injury                $30,000 each person
                                                  $60,000 each accident

 Property Damage              $50,000 each accident

027 010 070
151103B009212

Renewal auto policy declarations
Policy number: 836 055 192
Policy effective date: December 18, 2015
Your Allstate agency is Edith Trevino
(956) 554-4961


You're in good hands.

Page **3** of 3

## Additional coverages

| Coverage | Limits |
| --- | --- |
| Automobile Death Indemnity Insurance | Not purchased* |
| Total Disability | Not purchased* |

*\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.*

## Your policy documents

Your automobile policy consists of this Policy Declarations and the documents in the following list. Please keep these together.

- Auto Insurance Policy – AU10803
- Claim Satisfaction Guarantee Amendatory Endorsement – AP4783-2
- Texas Limited Mexico Coverage Endorsement – AU14309
- Texas Personal Auto Policy-Amendatory Endorsement – AU14573
- Amendatory Endorsement – AP4831
- Texas Amendatory Endorsement Allstate® Your Choice Auto Insurance Allstate Value Plan – AU10804-1

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ Your Allstate Value Plan package contains the following features:
  • Required Allstate Easy Pay Plan participation
  • No Accident Waiver program or tenure accumulation towards accident waiver eligibility

▶ We agree to make available to you an installment payment plan as described in Rule 14 of the Texas Automobile Rules and Rating Manual, except when an installment payment plan is prohibited by other rule or by statute.

▶ If you would like to make a payment by credit card (Visa/MasterCard/Discover) or Check-By-Phone, please call 1-800-357-5092.

**Allstate Fire and Casualty Insurance Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

*Steven P. Sorenson*
Steven P. Sorenson
President

*Susan L. Lees*
Susan L. Lees
Secretary

TX310RBD

